# United States District Court
## Violation Notice

CVB Location Code: NF-3

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6102411 | M L Dean | 173 |

6102411

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 11/13/2021 1000hrs
Offense Charged: ☒ USC
18 USC 1382

Place of Offense: RR 286 Eglin Air Force Base

Offense Description: Factual Basis for Charge
Entering Reservation for purpose prohibited by law or Reg. Marijuana less 20 grams.

**DEFENDANT INFORMATION**
Phone: (914) 533-9695
Last Name: Byers
First: Brett M.

Tag: 096 50X  State: FL  Year: 2019  Make: Honda Pioneer  Color: White

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Forfeiture Amount: $
+ $30 Processing Fee
PAY THIS AMOUNT → $ Total Collateral Due

**YOUR COURT DATE**
Court Address: 1 N Palafox St #266 Pensacola, FL 32502

X Defendant Signature: Brett Byers

(Rev. 09/2015) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 13 Nov, 20 21 while exercising my duties as a law enforcement officer in the Northwest District of Florida

I was dispatched to officer assist US FL fish and wildlife officer Matthew Schulis for permit check of Brett Byers who was found with green leafy substance as well as drug paraphernalia one rover and one 1505 issue

The foregoing statement is based upon:
☐ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/13/2021   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident